UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJNINDER RAVEN JUTLA, et al., <br><br> Plaintiff, <br><br> v. <br><br> REDFIN CORPORATION, et al., <br><br> Defendant. | Case No. C24-0464-KKE <br><br> ORDER GRANTING *IN FORMA PAUPERIS* |

Because plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 7, is GRANTED.  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 29th day of April, 2024.

*[signature: Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS - 1