The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJNINDER (RAVEN) JUTLA (INDIVIDUAL) & IN LOVE PROPERTIES LLC (REGISTERED IN WASHINGTON)<br><br>Plaintiffs,<br><br>v.<br><br>REDFIN CORPORATION, a Delaware Corporation, JOHN/JANE DOES 1-1000,<br><br>Defendants. | No. 2:24-cv-00464-KKE<br><br>**SCHEDULING ORDER** |

On November 14, 2024, the parties submitted a joint status report following the final approval of the Redfin nationwide class settlement in *Gibson et al. v. National Association of Realtors, et al.*, No. 23-cv-788-SRB (W.D. Mo.). In that report, Defendant Redfin proposed a schedule for briefing on its anticipated motion for summary judgment. Being fully advised, the Court ORDERS the following briefing schedule for Redfin's anticipated motion:

| Event | Deadline |
|---|---|
| Redfin's Motion for Summary Judgment | December 13, 2024 |
| Plaintiffs' Response to Redfin's Motion, if any | January 10, 2025 |
| Redfin's Reply | January 24, 2025 |

SCHEDULING ORDER
(2:24-cv-00464-KKE) - 1

**IT IS SO ORDERED.**

Dated this 15th day of November, 2024.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge