UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJNINDER RAVEN JUTLA et al.,<br>Plaintiff(s),<br>v.<br><br>REDFIN CORPORATION et al.,<br>Defendant(s). | CASE NO. C24-0464-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO STAY |

    The Court, having considered Defendant Redfin Corporation's Unopposed Motion to Modify Scheduling Order and to Stay Proceedings ("Motion"), as well as the papers and records on file in this action, and finding good cause therefore, it is hereby **ORDERED** that Redfin's Unopposed Motion to Stay is **GRANTED**. All deadlines set in the Court's Order of November 15, 2024 (Dkt. 31), are stayed.

    Parties will notify the Court within 14 days of the mandate following an appellate decision on the Gibson court's order granting final approval of Redfin's settlement. *Gibson et al. v. Nat'l Ass'n of Realtors, et al.*, No. 23-cv-788-SRB Dkt. 530 (W.D. Mo.); *Don Gibson, et al v. James Mullis*, Appeal No. 24-3473 (8th Cir.).

//

//

//

ORDER GRANTING UNOPPOSED MOTION TO STAY - 1

Dated this 13th day of December, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO STAY - 2