UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJNINDER RAVEN JUTLA et al.,<br><br>Plaintiff(s),<br>v.<br><br>REDFIN CORPORATION et al.,<br><br>Defendant(s). | CASE NO. C24-0464-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO MAINTAIN STAY |

Having reviewed Defendant Redfin Corporation's unopposed motion to maintain the stay of proceedings (Dkt. No. 38), as well as the papers and records on file in this action, the Court GRANTS the motion. The Court will not order summary judgment briefing on Defendant's previously submitted proposed schedule (Dkt. No. 37 at 3). The parties are directed to notify the Court within 14 days of a decision denying James Mullis's petition for a writ of certiorari in the related case *Gibson et al. v. Nat'l Ass'n of Realtors, et al.*, No. 23-cv-788-SRB Dkt. 530 (W.D. Mo.); *James Mullis v. The National Association of Realtors, et al.*, Appeal No. 24-3473 (8th Cir.), or, if certiorari is granted, following the resolution of those proceedings.

Dated this 23rd day of November, 2026.

Kymberly K. Evanson
United States District Judge